| | |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| | Dale K. Galipo (Bar No. 144074) |
| 2 | dalekgalipo@yahoo.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 3 | Woodland Hills, California  91367 |
| | Telephone:  (818) 347-3333 |
| 4 | Facsimile:   (818) 347-4118 |
| 5 | LAW OFFICE OF JOHN FATTAHI |
| | John Fattahi, Esq. (Bar No. 247625) |
| 6 | jfattahi@gmail.com |
| | 535 North Brand Boulevard, Suite 500 |
| 7 | Glendale, California  91203 |
| | Telephone:  (818) 839-1983 |
| 8 | Facsimile:   (818) 561-3600 |
| 9 | *Attorneys for Plaintiff N.W.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.W., etc., | Case No. EDCV 14-01569 VAP (SPx) |
| | Case No. CV 14-08374 VAP (SPx) |
| Plaintiff, | *Consolidated for Trial* |
| vs. | **JOINT NOTICE OF SETTLEMENT OF CLAIMS OF PLAINTIFF N.W.** |
| CITY OF LONG BEACH; et al., | |
| Defendants. | *Before the Hon. Virginia A. Phillips* |
| | FPTC:        Apr. 4, 2016 |
| | Time:         2:30 p.m. |
| | Ctrm:         780 (Roybal) |
| | Trial Date:  Apr. 12, 2016 |
| | Time:         8:30 a.m. |
| | Ctrm:         780 (Roybal) |

**TO THE COURT, ALL PARTIES IN THE CONSOLIDATED ACTIONS, AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the parties have reached an agreement to settle all claims brought by Plaintiff N.W. in case number EDCV 14-01569 VAP (SPx), subject to the Court's approval of a petition for minor's compromise.  The claims of Plaintiffs Trevor Woods and Tyra Woodson in case number CV 14-08374 VAP

(SPx), which were consolidated with the claims of Plaintiff N.W. for trial, remain pending.

Respectfully submitted,

DATED: April 6, 2016                LAW OFFICE OF JOHN FATTAHI

By_____/s/ John Fattahi_____
John Fattahi
*Attorneys for Plaintiff N.W.*

DATED: April 6, 2016

By_____/s/ HOWARD D. RUSSELL_____
Howard D. Russell
Attorneys for Defendants

I, John Fattahi, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ John Fattahi

-2-